

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00333-CR

**GUY D. MINZE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 413th District Court
Johnson County, Texas
Trial Court No. DC-F201700234**

### O R D E R

Appellant's brief was originally due on March 13, 2019. A first extension of time of 61 days was granted, and appellant's brief was then due May 13, 2019. Now, counsel for appellant has requested an additional extension of time to file the brief until July 13, 2019,[1] an additional 61 days from May 13, 2019, the current due date. Appellant's request would push the total days to file the brief to 152 days to file a brief that the Rules of Appellate Procedure provide should be filed in 30 days. We cannot, in good conscience,

---

[1] This date is a Saturday.

grant counsel five times the amount of time allowed by the rules to file appellant's brief where there is no suggestion in the motion that this case is unusual in any way.

Accordingly, appellant's Second Motion for Extension of Time to File Appellant's Brief is denied. Appellant's brief is ordered to be filed by June 30, 2019. If not filed by the deadline set herein, the appeal will be abated for a hearing pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Motion denied
Order issued and filed May 1, 2019

